IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT T.E. LANSING, de GELDERSE BLOM LP, RTE LANSING VI LLC, and RTE LANSING CCRC LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GEORGE W. CARROLL and GW CARROLL VI LLC, | ) ) ) | |
| Defendants. | ) ) | Case No. 1:11-cv-04153 |
| | ) | Judge Joan Humphrey Lefkow |
| GEORGE W. CARROLL and GW CARROLL VI LLC, | ) ) ) | Magistrate Judge Maria Valdez |
| Counterplaintiffs, | ) ) | |
| v. | ) ) | |
| ROBERT T.E. LANSING, de GELDERSE BLOM LP, RTE LANSING VI LLC, RTE LANSING CCRC LLC, and REALTY PORTFOLIO HOLDINGS LP, | ) ) ) ) ) | |
| Counterdefendants. | ) | |

**COUNTERPLAINTIFFS' MOTION FOR LEAVE TO FILE
UNDER SEAL (1) PORTIONS OF THEIR REPLY BRIEF IN SUPPORT OF
MOTION FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIM
AND TO JOIN ADDITIONAL PARTIES AND (2) ATTACHED EXHIBITS**

Counterplaintiffs, George W. Carroll ("Carroll") and GW Carroll VI LLC ("GWC VI") (collectively, the "Carroll Parties"), by their attorneys, respectfully request leave to file under seal (1) portions of their Reply Brief in Support Motion for Leave to File Second Amended Counterclaim and to Join Additional Parties and (2) the exhibits attached to the Reply Brief, pursuant to Local Rule 26.2. In support of this Motion, the Carroll Parties state the following:

1. In their Responses in Opposition to the Motion for Leave to File the Second Amended Counterclaim [Dkt. ##117 and 118], Counterdefendants make allegations that are contrary to the documentary evidence recently produced in discovery.

2. The documents relating to the Counterdefendants' allegations, which are attached as Exhibits 1 through 5 to the Reply Brief in Support of the Motion for Leave to File Second Amended Counterclaim, have been designated by either the Lansing Parties (in response to a document request) or Katten Muchin Rosenman LLP (in response to a subpoena) as "Confidential Information" under the Protective Order [Dkt. No. 75]. The Protective Order provides that if such Confidential Information is filed with the Court, it "shall be filed and kept under seal in accordance with Local Rules 5.8 and 26.2, until further order of the Court" (Protective Order at ¶ 10).

3. Pursuant to Local Rule 26.2(c), the Carroll Parties have (1) provisionally filed electronically and under seal the Reply Brief with Exhibits 1 through 5 included, (2) filed electronically at the same time a public-record version of the redacted Reply Brief identifying the exhibits as Confidential Information that has been excluded, and (3) filed this motion for leave to file the Reply Brief with Exhibits 1 through 5 under seal.

WHERFORE, for the foregoing reasons, Counterplaintiffs respectfully request that the Court grant them leave to file under seal (1) portions of their Reply Brief in Support Motion for Leave to File Second Amended Counterclaim and to Join Additional Parties and (2) the exhibits attached to the Reply Brief, pursuant to Local Rule 26.2.

    Respectfully submitted,

    GEORGE W. CARROLL and
    GW CARROLL VI LLC

        */s/ Jeff D. Harris*
        One of their attorneys

James R. Figliulo (ARDC No. 06183947)
Jeff D. Harris (ARDC No. 3121786)
James H. Bowhay (ARDC No. 06203860)
FIGLIULO & SILVERMAN, P.C.
10 South La Salle Street, Suite 3600
Chicago, Illinois 60603
312-251-4600 (telephone)
312-251-4610 (facsimile)
jfigliulo@fslegal.com
jharris@fslegal.com
jbowhay@fslegal.com

## CERTIFICATE OF SERVICE

      The undersigned attorney states that he caused a copy of the attached **Counterplaintiffs' Motion for Leave to File Under Seal (1) Portions of Their Reply Brief in Support of Motion for Leave to File Second Amended Counterclaim and to Join Additional Parties and (2) Attached Exhibits** to be served upon counsel of record via Electronic Notification by the District Court's ECF Filing System on July 24, 2013.

                                          /s/  Jeff D. Harris