UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ROBERT T.E. LANSING, de GELDERSE BLOM LP, RTE LANSING VI LLC, and RTE LANSING CCRC LLC,**<br><br>   **Plaintiffs**<br><br> v.<br><br>**GEORGE W. CARROLL and GW CARROLL VI LLC,**<br><br>   **Defendants**<br>_____<br>**GEORGE W. CARROLL and GW CARROLL VI LLC,**<br><br>   **Counterplaintiffs**<br><br> v.<br><br>**ROBERT T.E. LANSING, de GELDERSE BLOM LP, RTE LANSING VI LLC, RTE LANSING CCRC LLC, and REALTY PORTFOLIO HOLDINGS LP,**<br><br>   **Counterdefendants** | No. 11 C 4153<br><br>Judge Joan H. Lefkow |

## ORDER

  Defendants/counterplaintiffs' motion for leave to file second amended counterclaim and to join additional parties [#110] is granted. Defendants/counterplaintiffs' motion for leave to file under seal portions of their reply brief in support of motion for leave to file second amended counterclaim and to join additional parties and attached exhibits [#120] is granted. See statement.

## STATEMENT

  Defendants/counterplaintiffs seek leave to file a second amended counterclaim and join two additional parties, Michael Coulter Smith, as trustee of Celebrate Life Trust U/A/D/ 7/1/08, and Richard J. Stephenson, as counterdefendants. The motion was timely filed, although the

court denied the motion without prejudice directing defendants/counterplaintiffs to file a proper motion seeking leave to join the additional counterdefendants pursuant to Federal Rules of Civil Procedure 13(h), 19, and 20.  Defendants/counterplaintiffs timely complied, setting forth the basis for joinder of these parties under Rule 20.  Counterdefendants have responded, arguing that amendment is improper.  Having considered the parties' submissions, the court grants the motion, finding that defendants/counterplaintiffs have met Rule 15's liberal standards for amendment and Rule 20's requirements for permissive joinder of additional parties.


Date: July 24, 2013                              _____
                                                 U.S. District Judge Joan H. Lefkow